Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JACQUELINE ANNE WYCKOFF

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE ANNE WYCKOFF,<br><br>                    Plaintiff,<br>   v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:12-CV-00644-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JACQUELINE ANNE WYCKOFF, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JACQUELINE ANNE WYCKOFF, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated: December 20, 2012					/s/ Fred W. Schwinn
							Fred W. Schwinn, Esq.
2							Attorney for Plaintiff
							JACQUELINE ANNE WYCKOFF
3

4

5  Dated: December 20, 2012					/s/ William S. Weisberg
							William S. Weisberg, Esq.
							Attorney for Defendant
6							ABC LEGAL SERVICES, INC.

7

8

9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10

11  Dated:  1/10/13  _____

12							_____
							The Honorable Edward M. Chen
13							                        Court

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA