Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JACQUELINE ANNE WYCKOFF

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE ANNE WYCKOFF,<br><br>  Plaintiff,<br>v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:12-CV-00644-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JACQUELINE ANNE WYCKOFF, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JACQUELINE ANNE WYCKOFF, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
2                                               Attorney for Plaintiff
3                                               JACQUELINE ANNE WYCKOFF

4
5  Dated:  December 20, 2012                    /s/ William S. Weisberg
                                                William S. Weisberg, Esq.
                                                Attorney for Defendant
6                                               ABC LEGAL SERVICES, INC.
7
8
9  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
10
              1/10/13
11 Dated:  _____
                                                _____
12                                              The Honorable Edward M. Chen
                                                                        Court
13
                                        IT IS SO ORDERED
14
15                                      Judge Edward M. Chen
16
17
18